JASON M. WUCETICH (SBN 222113)
jason@wukolaw.com
DIMITRIOS V. KOROVILAS (SBN 247230)
dimitri@wukolaw.com
WUCETICH & KOROVILAS LLP
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245
Telephone: (310) 335-2001
Facsimile: (310) 364-5201

Attorneys for Plaintiff
KATRILLA ATKINS, individually and
on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRILLA ATKINS, a California resident, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC., a Missouri corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV10-08389 R (PJWx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER ON MOTION TO REMAND**<br><br>Judge: Hon. Manuel L. Real |

- 1 -
NOTICE OF LODGING

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Katrilla Atkins ("Plaintiff") hereby lodges the attached proposed order granting Plaintiff's motion to remand, pursuant to the Court's ruling and instruction at the February 7, 2011, hearing on the motion.

Dated: February 8, 2011           WUCETICH & KOROVILAS LLP

By:   /s/ Dimitrios V. Korovilas
DIMITRIOS V. KOROVILAS
Attorneys for Plaintiff Katrilla Atkins, individually and on behalf of and all others similarly situated