JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRILLA ATKINS, a California resident, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC., a Missouri corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO.  CV10-08389 R (PJWx)<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Judge:          Hon. Manuel L. Real |

- 1 -

[PROPOSED] ORDER RE MOTION TO REMAND AND FOR ATTORNEYS' FEES AND COSTS

1        Plaintiff Katrilla Atkins' ("Plaintiff") motion to remand and for attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c) came on for hearing before this Court on February 7, 2011, at 10:00 a.m. The Court, having considered all papers filed in connection with the motion and all oral arguments of counsel, and, good cause appearing therefor, hereby GRANTS the motion to remand.

       This matter is hereby remanded to the Superior Court of California, County of Los Angeles, for the reasons stated by the Court on the record during the hearing. Each party shall bear its own attorneys' fees and costs incurred in connection with the motion.

       IT IS SO ORDERED.

Dated: 2/9/11

_____
Honorable Manuel L. Real
United States District Court Judge

[PROPOSED] ORDER RE MOTION TO REMAND AND FOR ATTORNEYS' FEES AND COSTS