

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: February 10, 2011

Los Angeles County Superior Court
Civil Filing Unit, Room 102
111 North Hill Street
Los Angeles, CA 90012

Re:  Case Number: CV 10-8389 R (PJWx)

Previously Superior Court Case No. BC447027

Case Name: Katrilla Atkins v. Payless Shoesource, Inc. et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on 2/9/11 _____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court
**Irene Ramirez**
**Relief Courtroom Deputy**
By: (213) 894-2877
Deputy Clerk

☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

_1/16/2011_
Date

Clerk, Superior Court
By: _____
Deputy Clerk

CV - 103 (09/08)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)